STATE of Missouri, Respondent,

v.

Kenneth E. RICHARDSON, Appellant.

No. 45772.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 16, 1983.

Loyd R. Brinkman, Arnold, for appellant.

Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant convicted of burglary and stealing more than $150. No jurispruden-

tial purpose would be served by an opinion. Judgment affirmed. Rule 30.25(b).